UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Case No.: 1:14 CV 1155 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| THOMAS ABDALLAH (aka Thomas Abraham), *et al.*, | ) ) ) | |
| Defendants | ) | ORDER |

Currently pending before the court in the above-captioned case is the First Interim Application for Compensation and Reimbursement of Expenses ("Application") (ECF No. 229) of Kohrman Jackson & Krantz, LLP ("KJK"), counsel for Receiver James Ehrman ("Receiver"), for the period commencing December 3, 2014 through and including March 31, 2015. As of the date of this Order, no party in interest has filed an objection or other response to the Application or requested a hearing on the Application.

The court, having considered the Application and the statements of counsel contained therein and the docket for this case, finds that the compensation requested by KJK for services rendered in connection with their representation of the Receiver for which they seek interim allowance in the Application, is reasonable and appropriate under the Order Appointing Receiver (ECF No. 119, at ¶¶ 59-64) and the "Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission."

Accordingly, the court grants the Application. (ECF No. 229.) KJK is allowed, on an interim basis (*See* ECF No. 119, at ¶ 61), compensation for actual and necessary professional

services rendered to the Receiver during the period commencing December 3, 2014 through and including March 31, 2015 in the amount of $60,074.50 and reimbursement of disbursements and expenses in the amount of $2,095.76. The Receiver is authorized to pay:

    (a) $48,059.60 (80% of $60,074.50) to KJK for professional services rendered, with $37,006.80 paid from general receivership funds and $11,052.80 from the proceeds of assets recovered from Jeffrey and Nancy Gainer; and

    (b) $2,095.76 for reimbursement of out-of-pocket expenses.

(*See* ECF No. 119, at ¶ 62.) The remaining balance shall be held subject to KJK's final fee application and the Receiver's Final Accounting. (*See* ECF No. 119, at ¶ 64.)

    IT IS SO ORDERED.

                                              */S/ SOLOMON OLIVER, JR.*
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

December 21, 2015