EXHIBIT G

**KJK INVOICES AND PAYMENT**

| ORDER | CASE | TOTAL | 80% PAID | 20% HOLDBACK |
|---|---|---|---|---|
| **December 3, 2014 through March 31, 2015** | | | | |
| DKT 234 | Receiver Gainer | $12,144.00 | $9,715.20 | $2,425.51 |
| | Receiver General | $77,521.50 | $62,017.20 | $15,507.59 |
| DKT 233 | Attorney for Receiver Gainer | $46,258.50 | $37,006.80 | $9,250.56 |
| | Attorney for Receiver General | $13,816.00 | $11,052.80 | $2,764.34 |
| **April 1, 2015 through December 31, 2015** | | | | |
| DKT 259 | Receiver Gainer | $18,532.00 | $14,825.60 | $3,702.87 |
| | Receiver General | $39,261.00 | $31,408.80 | $7,857.09 |
| | Receiver 529 | $37,420.12 | $29,936.10 | $7,482.66 |
| DKT 258 | Attorney for Receiver Gainer | $33,850.00 | $27,080.00 | $6,771.97 |
| | Attorney for Receiver General | $34,185.00 | $27,348.00 | $6,833.42 |
| | Attorney for Receiver 529 | $14,329.88 | $11,463.90 | $2,867.59 |
| | Totals | $327,318.00 | $261,854.40 | $65,463.60 |
| | | | | PAID |

**WE INVOICES AND PAYMENT**

| | | | | |
|---|---|---|---|---|
| **January 1, 2016 through December 31, 2016** | | | | |
| DKT 294 | Receiver Gainer | $2,515.50 | $2,012.40 | $505.92 |
| | Receiver General | $49,094.50 | $39,275.60 | $9,818.33 |
| | Receiver 529 | $14,661.50 | $11,729.20 | $2,930.05 |
| DKT 296 | Attorney for Receiver Gainer | $5,725.00 | $4,580.00 | $1,142.89 |
| | Attorney for Receiver General | $66,847.50 | $53,478.00 | $13,366.96 |
| | Attorney for Receiver 529 | $2,590.00 | $4,232.00 | $518.00 |
| | Corrected Holdback 12/31/2018 | | ($2,160.00) | |
| | Total Holdback | $141,434.00 | $113,147.20 | $28,282.15 |
| **January 1, 2017 through December 31, 2017** | | | | |
| DKT. 348 | Receiver Gainer | $1,470.00 | $1,176.00 | $294.00 |
| Inv. 10111 | Receiver Gainer Expenses | $352.27 | $352.27 | |
| Inv. 10112 | Receiver General | $15,505.00 | $12,404.00 | $3,101.00 |
| DKT. 347 | Receiver General Expenses | $902.10 | $902.10 | |
| | Receiver 529 | $0.00 | $0.00 | |
| | Attorney for Receiver Gainer | $9,677.50 | $7,742.00 | $1,935.50 |
| | Attorney for Receiver General | $109,860.00 | $87,888.00 | $21,972.00 |
| | Atty Receiver Expenses | $1,153.80 | $1,153.80 | |
| | Attorney for Receiver 529 | $0.00 | $0.00 | |
| | | $138,920.67 | $111,618.17 | $27,302.50 |
| **January 1, 2018 through September 30, 2019** | | | | |
| APPLIED FOR | Receiver Gainer | $0.00 | | |
| Inv. 10111 | Receiver Gainer Expenses | $0.00 | | |
| Inv. 10112 | Receiver General | $22,310.00 | $17,848.00 | $4,462.00 |
| DKT. 347 | Receiver General Expenses | $1,111.91 | $1,111.91 | $0.00 |
| APPLIED FOR | Receiver 529 | $2,102.50 | $1,682.00 | $420.50 |
| | Attorney for Receiver Gainer | $1,015.00 | $812.00 | $203.00 |
| | Attorney for Receiver General | $150,062.50 | $120,050.00 | $30,012.50 |
| | Atty Receiver Expenses | $150.00 | $150.00 | $0.00 |
| | Attorney for Receiver 529 | $4,050.00 | $3,240.00 | $810.00 |
| | | $180,801.91 | $144,893.91 | $35,908.00 |
| **October 1, 2019 through August 31, 2020** | | | | |
| PreBill 10740 | Receiver General | $76,800.00 | | |
| | Receiver General Expenses | $1,237.34 | | |
| PreBill 10741 | Attorney for Receiver General | $224,207.50 | | |
| | Atty Receiver General Expenses | $1,603.02 | | |
| | | $303,847.86 | | |