

**Abdallah Receivership General**

# Invoice 10737

| | |
|---|---|
| **Date** | Oct 06, 2020 |
| **Terms** | |
| **Service Thru** | Oct 05, 2020 |

**Professional Services:**

| Date | By | Services | Hours | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 10/31/2019 | JWE | Edit and file the Thirteenth Status Report of James Ehrman, Receiver, Pursuant to Para. 54 of Order Appointing Receiver for the Period Commencing April 1, 2018 Through September 30, 2019 together with referenced exhibits (1.9); review all related pleadings and draft a motion to extend the deadlines for the steps needed to bring the receivership to a close (1.6). | 3.50 | $ 1,312.50 |
| 06/09/2020 | JWE | Execute checks to pay Receivership bills. | 0.20 | $ 75.00 |
| 07/14/2020 | JWE | Review draft statement of fees and expenses related to the Guerrini litigation; participate in conference call with T. Leiman, counsel for the SEC and M. Whitmer re the accumulated fees and the submission of same to the Court. | 0.80 | $ 300.00 |
| 09/22/2020 | JWE | Review and approve proposed report re transmission of net funds on hand to the Northern District of Ohio Clerk of Courts for distribution to victims. | 0.30 | $ 112.50 |
| 09/30/2020 | JWE | WebEx conference with T. Leiman, counsel for the SEC, and M. Whitmer, counsel for the Receiver, re next steps in dealing with the case against the Guerrini Defendants. | 0.30 | $ 112.50 |
| | | **Case Administration Total:** | **5.10** | **$1,912.50** |
| **Litigation** | | | | |
| 01/21/2020 | JWE | Review the Guerrini Defendants' Motion to Continue Hearing Date & Date of Temporary Restraining Order with counsel and discuss response thereto. | 0.30 | $ 112.50 |

2344 Canal Road, Ste 401, Cleveland, Ohio 44113-2535 | Firm: 216.771.5056

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/2020 | JWE | Confer with counsel re the issues and background facts that may come before the Court at the January 24 hearings on the Receiver's Motions for Preliminary Injunction Against the Guerrini Defendants, for Relief from the Judgment of Dismissal, and for Reinstatement of the Default Judgments Against the Guerrini Defendants; review documents and otherwise prepare for hearings; participate in the first part of counsel's telephone conference with D. Phillips, counsel for the Guerrini Defendants, re the inability of the Guerrini Defendants to account for the proceeds they received from the Meredith Suites Litigation. | 2.50 | $ 937.50 |
| 02/14/2020 | JWE | Review the Guerrini Defendants' Motion to Permit Filing of Opposition Under Seal and note issues for response; research of law re standard to be met for such a request to be granted. | 1.70 | $ 637.50 |
| 02/15/2020 | JWE | Further review of the total failure of the Guerrini Defendants' to meet the standards for the filing of documents under seal; telephone conference with M. Whitmer re same. | 1.90 | $ 712.50 |
| 02/21/2020 | JWE | Work with counsel to prepare position statement of the Receiver on conditions to be fulfilled by Guerrini Defendants to obtain the Receiver's consent for the requested continuance of the scheduled hearings (1.8); research of law re potential arguments by the Guerrini Defendants with respect to any waivers of jurisdiction (2.4). | 4.20 | $ 1,575.00 |
| 02/23/2020 | JWE | Work on conditions to be required by the Receiver in order to consent to the rescheduling of the hearings on the various motions brought by the Receiver against the Guerrini Defendants as requested by the Guerrini Defendants. | 1.40 | $ 525.00 |
| 02/24/2020 | JWE | Meet about appropriate stance with respect to stance taken by Guerrini's counsel on conditions to a consent order for postponement of the hearing on all pending matters. | 1.40 | $ 525.00 |
| 02/25/2020 | JWE | Prepare for and participate in telephonic conference with Judge Oliver's Courtroom Deputy, Sharon Romito, opposing counsel David Phillips, and Receiver's counsel to set date for hearings on all pending motions (0.4); review status of all motions in the case and prepare index of statements made by the Guerrini Defendants about open issues still before the court (5.1). | 5.50 | $ 2,062.50 |
| 05/21/2020 | JWE | Work through problems being created by counsel for the Guerrini Defendants based on his constant misrepresentations about discovery requested by the Guerrini Defendants and by the Guerrini Defendants' inadequate responses to the Receiver's discovery requests. | 3.90 | $ 1,462.50 |
| 06/03/2020 | JWE | Confer with counsel about the Guerrini Defendants' refusal to review the actual history of this case and telephone conference with Mary about her draft response to the Guerrini Motion to Continue the scheduled hearings and to pay counsel out of the funds held in the IOLTA account. | 1.10 | $ 412.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/04/2020 | JWE | Edit the Receiver's Response to Defendants' Motion to Continue Hearing and Motion to Pay Counsel out of the money held in trust with research into the Ponzi Scheme Presumption as interpreted in the Sixth Circuit. | 1.70 | $ 637.50 |
| 06/08/2020 | JWE | Prepare for and participate in conference call with Judge Oliver and all counsel on the Guerrini Defendants' motion to continue the June 15 hearings and to pay counsel out of the receivership funds (1.9); draft and submit proposed order granting the Receiver's Motion for Relief from Judgment pursuant to Rule 60(b)(3), denying the Guerrini Defendants' Motion to Postpone the scheduled hearings, and Extending the Preliminary Injunction (2.2). | 4.10 | $ 1,537.50 |
| 06/09/2020 | JWE | Assist counsel in preparation for June 15 hearings on the Receiver's pending motions—exhibits and arguments to be made. | 3.50 | $ 1,312.50 |
| 06/11/2020 | JWE | Review draft trial brief from counsel (0.3); work on legal memorandum re the duty of a supposed victim of a Ponzi scheme must raise "contributions in excess of amounts received" either as an affirmative defense or as a counterclaim and the failure of the Guerrini Defendants to do either under the terms of the scheduling order or subsequently with leave of court (1.8); draft full order for the granting of the preliminary injunction (2.2); review the Guerrini Defendants' witness list and consider questions likely to be asked to the Receiver (0.8). | 5.10 | $ 1,912.50 |
| 06/12/2020 | JWE | Review documents and meet with counsel to prepare for the hearings scheduled for June 15. | 5.20 | $ 1,950.00 |
| 06/13/2020 | JWE | Finalize draft orders reopening the case and granting the Receiver's motion for a preliminary injunction. | 3.00 | $ 1,125.00 |
| 06/25/2020 | JWE | Conference call with Receiver's counsel re how to respond to the Guerrini Defendants' latest effort to delay the scheduled hearing on the Receiver's Motion for an Order to Show Cause, to wit: Glenn Phillips's addition of himself to the Defendants' witness list; review of the law and ethics decisions related to same. | 1.00 | $ 375.00 |
| 06/26/2020 | JWE | Final review of documents and other preparation for the continuation of the ZOOM hearing before Judge Oliver on the Receiver's Motion to Show Cause and the Receiver's Motion to Reinstate Default Judgments (2.4); confer with counsel during the mid-day break and following the conclusion of the hearing re next steps (0.7); hearing before Judge Oliver (3.9). | 7.00 | $ 2,625.00 |
| 06/27/2020 | JWE | Outline and draft a summary brief on the Receiver's proposed sanctions for the violation of the temporary restraining order by the Guerrini Defendants and a proposed order to resolve the Receiver's Motion to Reinstate Default Judgments. | 4.70 | $ 1,762.50 |
| 07/14/2020 | JWE | Download and review the Defendants' (a) Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1), (b) Statement re Sanctions, and (c) proposed order re Reinstatement of the Default Judgments; discuss same with counsel, and begin case law research to respond to the Motion to Dismiss. | 5.70 | $ 2,137.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/15/2020 | JWE | Deep dive into cases cited and mis-cited by the Defendants and further drafting of the Receiver's Response to the Defendants' Motion to Dismiss. | 6.80 | $ 2,550.00 |
| 07/16/2020 | JWE | Further research and drafting of the Receiver's Response to the Defendants' Motion to Dismiss. | 4.00 | $ 1,500.00 |
| 07/20/2020 | JWE | Deep research for cases that could be helpful to Guerrini's argument that the court lacks jurisdiction and thereby argue that the only reason that the Guerrini Defendants are relying on Liberte and Javitch is that there are no cases on point that support their arguments. | 4.80 | $ 1,800.00 |
| 07/22/2020 | JWE | Further research of case law for possible support for the Guerrini Defendants' legal position and work on Receiver's Response to Guerrini's Motion to Dismiss including argument of "no known case with similar facts" exists to support Guerrini's argument (4.6); outline Motion for an Order to Show Cause against the Quinn Law Firm based on testimony at and exhibits introduced at the hearing on the Receiver's Motion to Show Cause against Guerrini (1.6). | 6.20 | $ 2,325.00 |
| 07/23/2020 | JWE | Further review of case law on similar issues and revisions to the Receiver's Response to the Defendants' Motion to Dismiss. | 3.20 | $ 1,200.00 |
| 07/27/2020 | JWE | Revise and otherwise edit the Receiver's Response to the Guerrini Defendants' Rule 12(b)(1) Motion to Dismiss. | 4.70 | $ 1,762.50 |
| 07/28/2020 | JWE | More research and revising in response to Guerrini's Motion to Dismiss for Lack of Jurisdiction. | 5.20 | $ 1,950.00 |
| 07/29/2020 | JWE | Further revisions to the Receiver's Response to the Defendants' Motion to Dismiss. | 3.20 | $ 1,200.00 |
| 07/30/2020 | JWE | Revise Receiver's Response to Guerrini's Motion to Dismiss into final fileable form. | 4.50 | $ 1,687.50 |
| 08/06/2020 | JWE | Review new precedential decision from the Third Circuit Court of Appeals explaining in detail the difference between constitutional standing and statutory authority to pursue an action in federal court and incorporate same into the Receiver's Response to Guerrini's Motion to Dismiss. | 5.30 | $ 1,987.50 |
| 08/10/2020 | JWE | Examine additional cases and revise the Receiver's Response to the Defendants' Motion to Dismiss to include the authority for allowing the Court to sanction the Guerrini Defendants for filing a frivolous or vexatious pleading and otherwise refine the Response. | 5.20 | $ 1,950.00 |
| 08/11/2020 | JWE | Final revisions to and edits of the Response of the Receiver to Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1). | 4.80 | $ 1,800.00 |
| 09/21/2020 | JWE | Review order denying the Guerrini Defendants' Motion to Dismiss for Lack of Jurisdiction and confer with counsel re probable next steps. | 0.30 | $ 112.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/28/2020 | JWE | Download and review the Court's Orders (i) Granting the Receiver's Motion for an Order to Show Cause Why Defendants Should Not Be Held In Contempt and (ii) Denying the Receiver's Motion to Reinstate Default Judgments (0.3); begin to compile the requested itemized statement of attorneys' fees and costs incurred by the Receiver in seeking contempt sanctions (0.9). | 1.20 | $ 450.00 |
| | | **Litigation Total:** | **124.30** | **$46,612.50** |

**Reinstate Default Judgments**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/27/2020 | JWE | Research of law re a possible argument of the Guerrini Defendants that vacation of the order that set aside the default judgments is time-barred. | 1.30 | $ 487.50 |
| 06/10/2020 | JWE | Review documents supposedly just found on a backup of Armand Guerrini's computer and compare their information with bank records received from the SEC and confer with counsel re same and re structure of argument to the Court re same and re the argument to reinstate the default judgments. | 5.20 | $ 1,950.00 |
| 07/13/2020 | JWE | Final additions to and edits of the Receiver's Statement prior to filing of same and to the Receiver's Final Argument in Favor or Reinstatement of the Default Judgments. | 3.00 | $ 1,125.00 |
| | | **Reinstate Default Judgments Total:** | **9.50** | **$3,562.50** |

**Relief from Judgment and for TRO**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/26/2020 | JWE | Update case law citations related to the standards to be met by one who wants to reopen a case dismissed with prejudice in the 6th Circuit. | 3.20 | $ 1,200.00 |
| | | **Relief from Judgment and for TRO Total:** | **3.20** | **$1,200.00** |

**Show Cause**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/24/2020 | JWE | Confer with counsel re the Receiver's Motion for an Order to Show Cause Why the Guerrini Defendants Should Not be Held in Contempt; edit same. (0.8) and set up playbook of evidence and arguments for the post-discharge motions (2.3). | 3.10 | $ 1,162.50 |
| 02/03/2020 | JWE | Edit and expand the Response and Limited Objection of the Receiver to the Guerrini Defendants' Motion for Extension of Time to Respond to the Receiver's Motion to Show Cause. | 1.80 | $ 675.00 |
| 02/17/2020 | JWE | Research of law re sanctions for failure to abide by agreement with a court to overcome the Guerrini Defendants' argument that there was nothing there for the Receiver so that Guerrini's violation is excusable under a form of "no harm; no foul" jurisprudence arguably not before the court. | 4.80 | $ 1,800.00 |
| 02/18/2020 | JWE | Further review of case law re sanctions for failure to abide by agreement made with a court on the record. | 2.40 | $ 900.00 |
| 03/03/2020 | JWE | Review and edit proposed discovery to the Guerrini Defendants; review and assist with filing the Receiver's Notice of Intent to Serve Subpoenas on the banks in which the Guerrini Defendants have accounts. | 0.80 | $ 300.00 |
| 06/15/2020 | JWE | Prepare for and participate in ZOOM hearing with Judge Oliver and all counsel of the Receiver's Motion for an Order why the G Ds should not be held in contempt and the Receiver's Motion to Reinstate the Default Judgments. | 8.00 | $ 3,000.00 |

| Date | By | Description | Hours | Amount |
|---|---|---|---:|---:|
| 06/29/2020 | JWE | Continue work on the Receiver's memorandum of law re proposal for sanctions for the violation of the TRO by the Guerrini Defendants and research of decisions imposing sanctions for similar violations of court orders. | 5.20 | $ 1,950.00 |
| 06/30/2020 | JWE | Further review of Sixth Circuit cases for thresholds to be met for levels of sanctions imposed. | 3.30 | $ 1,237.50 |
| 07/01/2020 | JWE | Further work on the memorandum of law in support of a maximum requested sanction for violation of the restraining order and multiplication of the Receiver's professional fees because of the Defendants' frequent and serial lies. | 4.80 | $ 1,800.00 |
| 07/07/2020 | JWE | Further research of law and revisions to the Receiver's memorandum of law on the sanctions to be imposed on the Guerrini Defendants. | 3.80 | $ 1,425.00 |
| 07/08/2020 | JWE | Further drafting of and revisions to the Receiver's memorandum of law on sanctions. | 4.70 | $ 1,762.50 |
| 07/09/2020 | JWE | Further review of cases involving respondents who were found to have deliberately disobeyed district court orders and the sanctions imposed by the various courts. | 7.40 | $ 2,775.00 |
| 07/10/2020 | JWE | Further work on the proposed sanctions portion of the Receiver's Statement on the Defendants' contempt. | 6.70 | $ 2,512.50 |
| 07/12/2020 | JWE | Final review of case law for and further edits of the Receiver's Statement including the continued viability of all cited cases. | 8.00 | $ 3,000.00 |
| | | **Show Cause Total:** | **64.80** | **$24,300.00** |
| | | **Total Time Amount:** | **206.90** | **$77,587.50** |

**Reimbursable Expenses:**

| Date | By | Expenses | Quantity | Amount |
|---|---|---|---:|---:|
| **Court Reporter Fees** | | | | |
| 11/22/2019 | RCO | Cady Invoice - transcript of A. Guerrini, III (deposition 4/17/2019) | 1.00 | $ 714.10 |
| | | **Court Reporter Fees Total:** | | **$714.10** |
| **Printing/Copying** | | | | |
| 10/28/2019 | RCO | Service of Motion to Establish Procedures for the Allowance of Investor Claims etc. | 1.00 | $ 523.24 |
| | | **Printing/Copying Total:** | | **$523.24** |
| | | **Total Expenses Amount:** | | **$1,237.34** |

| | |
|---|---:|
| **Total Hours** | 206.90 hrs |
| **Total Time** | $ 77,587.50 |
| **Total Expenses** | $ 1,237.34 |
| **Total Invoice Amount** | $ 78,824.84 |
| **Previous Balance** | $ 35,617.31 |

| | | |
|---|---|---:|
| 2/21/2020 | Payment - Check Split Payment | ($17,848.00) |
| 2/21/2020 | Payment - Check Split Payment | ($1,111.91) |
| | **Balance (Amount Due)** | **$ 95,482.24** |

**Notes:**

Remit checks made payable to Whitmer & Ehrman, LLC to the address below.

Whitmer & Ehrman, LLC
www.weadvocate.net
Mary Whitmer: mkw@weadvocate. net 216.658.9015
Jim Ehrman: jwe@weadvocate.net 216.658.9014
Rob Stefancin: rms@weadvocate.net 216.658.9013

2344 Canal Road, Ste 401, Cleveland, Ohio 44113-2535 | Firm: 216.771.5056

**Receipts:**

**Date:** 10/28/2019 12:00:00 AM
**Expense Type:** Printing/Copying
**Description:** Service of Motion to Establish Procedures for the Allowance of Investor Claims etc.



# Invoice

Invoice No. #COCT190180
Invoice Date 10/29/2019

| Syracuse | Utica | Rochester | Buffalo | Cleveland | Tampa | Omaha | Grand Rapids | Detroit |
|---|---|---|---|---|---|---|---|---|
| 315-471-3333 | 315-724-5555 | 585-242-9999 | 716-995-7777 | 216-592-9999 | 813-221-3266 | 402-885-8800 | 616-251-1212 | 248-955-9200 |

| Bill To | Ship To |
|---|---|
| Whitmer & Ehrman<br>2344 Canal Road<br>Suite 401<br>Cleveland OH 44113<br>United States | Whitmer & Ehrman<br>2344 Canal Road<br>Suite 401<br>Cleveland OH 44113<br>United States |

| Terms | Due Date | Client Ref. # | Rep | Contact |
|---|---|---|---|---|
| Net 30 Days | 11/28/2019 | Abdallah | Matt Runyon | Ruth Owen |

| Item Description | Qty | Amount |
|---|---|---|
| Documents Copied | 2884 | $288.40 (T) |
| Collate, Stuff, Seal, Label x2, Meter Mail | 103 | $72.10 (T) |
| U.S. Postage | 103 | $133.90 |

Tax ID # 46-4238365

**All Major Credit Cards Accepted**

| | |
|---|---|
| Tax (8%) | $28.84 |
| Total | $523.24 |

*Signature: X_____*

*By signing this invoice you agree with the balance due for services rendered and the terms of payment. 1.5% interest will be added monthly for invoices not paid by the terms above (18% APR).*

**Please Pay From This Invoice!**

**Avalon Document Services | 1360 East 9th Street, Suite 150 | Cleveland, Ohio 44114**

ar@teamavalon.com

1 of 1

2344 Canal Road, Ste 401, Cleveland, Ohio 44113-2535 | Firm: 216.771.5056

**Date:** 11/22/2019 12:00:00 AM
**Expense Type:** Court Reporter Fees
**Description:** Cady Invoice - transcript of A. Guerrini, III (deposition 4/17/2019)



CADY REPORTING SERVICES
Western Reserve Building
1468 West 9th Street, Suite 440
Cleveland, OH 44113
Phone: 216.861.9270

# INVOICE

Whitmer & Ehrman LLC
ATTN: Robert Stefancin
2344 Canal Road
Suite 401
Cleveland, OH  44113

| | |
|---|---|
| **Invoice Number:** | 205635 |
| Invoice Date: | 11/14/2019 |
| Job Number: | 132992 |
| Client Phone: | 216-771-5056 |

In Re:  James W. Ehrman, Receiver v. Armand T. Guerrini, III, et al.
Case Number: 1:17-CV-0230
Witness(s): Armand T. Guerrini, III
Attendance Date: 04/17/2019, 9:30 a.m.
Reporter: Gretchen Windenburg

**Description**
**DEPOSITION(S) OF: Armand Guerrini, III**
To original transcript(s)
To hyperlinking of exhibits
To scanning of exhibits
To read & sign
To shipping & Handling
Thank you for choosing Cady

Pd 11/22/19

Invoice Total:                714.10

We Appreciate Your Business!

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
2.00% LATE FEE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Please Note: If you wish to pay by credit card a 4% fee may apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

2344 Canal Road, Ste 401, Cleveland, Ohio 44113-2535 | Firm: 216.771.5056

**Trust Account Summary**

**Billing Period: 10/28/2019 - 10/06/2020**

**Client: Abdallah Receivership - General | General Matter Trust**

| Total Deposits | Total Disbursements | Current Balance |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| | | No activity for this billing period. | | |

2344 Canal Road, Ste 401, Cleveland, Ohio 44113-2535 | Firm: 216.771.5056

**User Hours Summary**

**Billing Period: 10/28/2019 - 10/05/2020**

**User Hour Totals**

| User | Rate/Hour | Hours Billed | Amount Billed |
|---|---|---|---|
| James W Ehrman, Partner | $375.00 | 206.90 | $77,587.50 |
| Totals | | 206.90 | $77,587.50 |