UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Case No.: 1:14 CV 1155 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| THOMAS ABDALLAH (aka Thomas Abraham), *et al.*, | ) ) ) | |
| Defendants | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is the Fourth Interim Application for Compensation and Reimbursement of Expenses ("Application") (ECF No. 379) of Whitmer & Ehrman, LLC ("W&E"), counsel for Receiver James Ehrman ("Receiver"), for the period commencing October 1, 2019 through and including October 5, 2020. As of the date of this Order, no party in interest has filed an objection or other response to the Application or requested a hearing on the Application.

The court, having considered the Application and the statements of counsel contained therein and the docket for this case, finds that the compensation requested by W&E for services rendered in connection with their representation of the Receiver for which they seek interim allowance in the Application, is reasonable and appropriate under the Order Appointing Receiver (ECF No. 119, at ¶¶ 59–64) and the "Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission."

Accordingly, the court grants this current Application, (ECF No. 379). W&E is allowed, on an interim basis (*See* ECF No. 119, at ¶ 61), compensation for services rendered to the Receiver during the period commencing October 1, 2019 through and including October 5, 2020, in the amount of $165,157.50 for W&E attorney's fees. W&E did not seek reimbursement for out of pocket expenses. The Receiver is authorized to pay W&E 80% of attorney's fees ($132,126.00) as follows:

(a) $132,126.00 to be paid from the General Receivership.

IT IS SO ORDERED.

*/S/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 2, 2021