UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : : |
| v. | CASE NO. 1:14-cv-1155 : : |
| THOMAS ABDALLAH (A.K.A. TOM ABRAHAM), ET AL. | : JUDGE SOLOMON OLIVER, JR. : : |
| Defendants, | : : |
| NANCY GAINER, ET AL. | : : |
| Relief Defendants. | : : |

**FINAL JUDGMENT AS TO RELIEF DEFENDANT NANCY GAINER**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Nancy Gainer having entered a general appearance; and consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against Relief Defendant are dismissed, with prejudice and without costs.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent dated August 21, 2017 is incorporated herein with the same force and effect as if fully set

1

forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IT IS SO ORDERED.

/s/ Solomon Oliver, Jr.
Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE

March 8, 2023