## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : CASE NO. 1:14-cv-1155 : |
| THOMAS ABDALLAH (A.K.A. TOM ABRAHAM), ET AL. | : JUDGE SOLOMON OLIVER, JR. : : |
| Defendants, | : : |
| NANCY GAINER, ET AL. | : : |
| Relief Defendants. | : : |

## FINAL JUDGMENT AS TO RELIEF DEFENDANT TURNBURY CONSULTING GROUP, LLC

The Securities and Exchange Commission having filed a Complaint and Relief

Defendant Turnbury Consulting Group, LLC having entered a general appearance;

consented to the Court's jurisdiction over Relief Defendant and the subject matter of this

action; consented to entry of this Final Judgment; waived findings of fact and conclusions of

law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief

Defendant is liable for disgorgement of $3,560,865, representing net profits gained as a

result of the conduct alleged in the Complaint, together with prejudgment interest thereon in

the amount of $162,813, for a total of $3,723,678.  Relief Defendant's payment of

1

disgorgement and prejudgment interest is deemed satisfied by the amounts collected by the Receiver in this action.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IT IS SO ORDERED.

*/s/ Solomon Oliver, Jr.*
Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE

March 8, 2023