UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Case No.: 1:14 CV 1155 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| THOMAS ABDALLAH, *et al.*, | ) ) ) | ORDER |
| Defendants | ) | |

At the last pretrial held in this case on February 17, 2023, the court was notified by the Receiver that all matters have been resolved in the within case. Therefore, it is not necessary for this action to remain upon the calendar of the court. The court will be prepared to enter final judgment upon receiving notification by the Receiver of a final distribution of funds from the Receivership Estate.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 30, 2023